

2003 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-10-2003

# Desi Pizza Inc v. Wilkes-Barre

Precedential or Non-Precedential: Precedential

Docket 02-1441

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2003

Recommended Citation

"Desi Pizza Inc v. Wilkes-Barre" (2003). *2003 Decisions.* Paper 691.
http://digitalcommons.law.villanova.edu/thirdcircuit_2003/691

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2003 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

PRECEDENTIAL

Filed March 10, 2003

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 02-1441

_____

DESI'S PIZZA, INC.;
DESI'S FAMOUS PIZZA, INC.;
DESI PIZZA WP, INC.;
D.F.P. FRANCHISING, INC.;
FRANCIS DESIDERIO; MARTIN DESIDERIO,

Appellants

v.

CITY OF WILKES-BARRE; THOMAS D. McGROARTY;
ANTHONY J. GEORGE; DAVID W. LUPAS

_____

ON APPEAL FROM THE
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(Dist. Court No. 01-cv-00480)
District Court Judge: A. Richard Caputo

_____

**ORDER**

_____

It appearing that the caption of the opinion of this Court dated March 6, 2003 incorrectly identified the District Judge whose decision was appealed, it is hereby O R D E R E D the caption of the opinion is amended as above to reflect the correction of that error.

ATTEST:

/s/ Marcia M. Waldron
Clerk

2

DATED: March 10, 2003

A True Copy:
Teste:

*Clerk of the United States Court of Appeals
for the Third Circuit*